# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. **24-5293**
2. DATE DOCKETED: **12-27-2024**
3. CASE NAME (lead parties only) **Laureatus Group, LLC** v. **John Does, Nos. 1 to 25**
4. TYPE OF CASE: [X] District Ct - (•) US Civil  ( ) Private Civil  ( ) Criminal  ( ) Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court   [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ( ) Yes  (•) No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.      Bankruptcy Court Docket No.      Tax Court Docket No.
      Civil Action **1:22-cv-2103**   Bankruptcy                       Tax
      Criminal                        Adversary
      Miscellaneous                   Ancillary
   b. Review is sought of:
      [X] Final Order   [ ] Interlocutory Order appealable as of right   [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Rudulph Contreras**        Magistrate Judge
   d. Date of order(s) appealed (use date docketed): **12/2/2024**   e. Date notice of appeal filed: **12/23/2024**
   f. Has any other notice of appeal been filed in this case?  ( ) Yes  (•) No   If YES, date filed:
   g. Are any motions currently pending in trial court?  ( ) Yes  (•) No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ( ) Yes  (•) No
      If NO, why not? **No hearings**
   i. Has this case been before the Court under another appeal number? ( ) Yes  Appeal #           (•) No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ( ) Yes  (•) No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ( ) Yes  (•) No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ( ) Yes  (•) No   If so, provide program name and participation dates

Signature **/s/ Mark I. Bailen**              Date **01-27-2025**
Name of Party **Laureatus Group, LLC**
Name of Counsel for Appellant/Petitioner **Mark I. Bailen**
Address **1250 Connecticut Avenue, NW Suite 700**
Phone ( **202** ) **656-0422**    Fax ( **202** ) **261-7508**

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

A copy of the foregoing Docketing Statement Form was served on January 27, 2025, on all counsel of record via the Court's electronic filing system.

Dated: January 27, 2025

                                            */s/ Mark I. Bailen*
                                            Mark I. Bailen